J. Blake Mayes (No. 024159)
David V. Telles (No. 024078)
**MAYESTELLES PLLC**
331 North First Avenue, Suite 107
Phoenix, Arizona 85003-4528
Telephone:  602.714.7900
admin@mayestelles.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TIMOTHY RAY WOODS, | No. 2:11-cv-00889-SRB -ECV |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| STEVE HORATH, an individual; ROBERT VALENZUELA, an individual, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that J. Blake Mayes, David V. Telles, and the law firm of MayesTelles PLLC hereby enter their appearance in this matter on behalf of Plaintiff Timothy Ray Woods.   Counsel requests that all future pleadings, notices, correspondence, and other documents be sent to counsel at:

J. Blake Mayes
David V. Telles
MayesTelles PLLC
331 North First Avenue, Suite 107
Phoenix, Arizona 85003-4528
admin@mayestelles.com

DATED this 8th day of August, 2011.

**MAYESTELLES PLLC**

By: /s/ J. Blake Mayes
J. Blake Mayes
David V. Telles
Attorneys for Plaintiff

MAYESTELLES PLLC
331 NORTH FIRST AVENUE, SUITE 107
PHOENIX, ARIZONA 85003-4528

1

**CERTIFICATE OF SERVICE**

2   Pursuant to LRCiv. 5.5(h), I hereby certify that on August 8, 2011, I electronically
3 transmitted the attached document to the Clerk's Office using the CM/ECF System for
filing and transmittal of a Notice of Electronic Filing to registered CM/ECF recipients.

4  /s/ J. Blake Mayes

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MAYESTELLES PLLC**
331 NORTH FIRST AVENUE, SUITE 107
PHOENIX, ARIZONA 85003-4528

2