Lisa S. Wahlin, State Bar No. 013979
**GRAIF, BARRETT & MATURA, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Tel: (602) 792-5700
Fax: (602) 792-5710
Email: lwahlin@gbmlawpc.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Ray Woods, an individual, | NO. 2:11-cv-00889-SRB-ECV |
| Plaintiff, | **STIPULATION TO DISMISS** |
| vs. | |
| Steve Horath, an individual; Robert Valenzuela, an individual, | |
| Defendants. | |

Having reached a settlement, the parties stipulate that this action be dismissed with prejudice as to all parties and all claims, with each party to bear his own costs and fees.

RESPECTFULLY SUBMITTED this 31st day of July, 2012.

        GRAIF BARRETT & MATURA, P.C.

        By /s/ Lisa S. Wahlin
          Lisa S. Wahlin
          1850 North Central Avenue, Suite 500
          Phoenix, Arizona 85004
          *Attorneys for Defendants*

        MAYESTELLES PLLC

        By /s/ J. Blake Mayes
          J. Blake Mayes
          David V. Telles
          909 W. McDowell Road
          Phoenix, Arizona 85007-1729
          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July, 2012, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

J. Blake Mayes
David V. Telles
MayesTelles PLLC
909 W. McDowell Road
Phoenix, Arizona 85007-1729
*Attorneys for Plaintiff*


By /s/ Lynette Lohsandt

4849-9224-9360, v. 1